[No. 20097-6-I.   Division One.   August 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. FLOYD EARL
HALLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01235-1, Charles V. Johnson, J., entered February 18, 1987. *Affirmed* by unpublished opinion per

Coleman, J., concurred in by Scholfield, C.J., and Winsor, J.